IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.  07-CR-00135-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RHONDA BANKS,

Defendant.

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

     This matter was before the court for detention hearing on April 3, 2007. The court has taken judicial notice of the court's file and the pretrial services report.  In addition, the court has considered the proffer made by defendant.  The court now being fully informed makes the following findings of fact, conclusions of law and order for detention.

     In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community. The former element must be established by a preponderance of the evidence, while the latter requires proof by clear and convincing evidence.

     If there is probable cause to believe that the defendant committed an offense which carries a maximum term of imprisonment of over 10 years and is an offense prescribed by the Controlled Substances Act, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

     The Bail Reform Act, 18, U.S.C, § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

     (1)    [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

     (2)    the weight of the evidence against the person;

   (3)  the history and characteristics of the person, including –

     (A)  the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

     (B)  whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

   (4)  the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

In making my findings of fact, I have taken judicial notice of the information set forth in the pretrial services report, the proffer by defendant and the entire court file. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

First, the defendant has been charged in the Indictment in count one with Wire Fraud in violation of 18 U.S.C. § 1343, in counts 2-6 with Mail Fraud in violation of 18 U.S.C. § 1341, and in counts 7-8 with Theft of Public Money in violation of 18 U.S.C. § 641.

Second, I find that probable cause exists that the defendant committed the charged offenses based upon the Indictment.

Third, I find that the defendant has been unemployed since 2005. The defendant does not have any current means of income. Defendant has a history of alcohol and illicit drug use. Defendant has self-reported recent use of crack cocaine. The weigh of the evidence against defendant is very strong noting that she has provided law enforcement with a confession. Moreover, the defendant has informed pretrial release services that she drinks currently approximately a half-pint of "Hennessy" a week.

Defendant has two (2) prior failures to appear which resulted in warrants being issued for her arrest. Defendant has been a fugitive from justice in 1993. Defendant has had ten (10) bench warrants issued for her arrest in the past from the District of Nebraska. Defendant has suffered nine (9) felony arrests and three (3) felony convictions. Her felony convictions are for Second Degree Burglary, Second Degree Forgery, and Criminal Conspiracy. Defendant has an active warrant for her arrest out of the Denver County Court in case number B070261. Lastly, the defendant has a history of assaultive behavior and a history of possessing weapons.

Based upon these facts, this court finds, by a preponderance of evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order defendant detained without bond.

       Done this 3rd day of April 2007.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge