UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00135-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RHONDA BANKS,

     Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday May 9, 2007,** and responses to these motions shall be filed by **Monday, May 21, 2007**.  It is

FURTHER ORDERED that a hearing on all pending motions has not been set at this time.  Counsel shall notify Chambers if a hearing and final trial preparation conference become necessary.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 4, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  April 3, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge